IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHARLENE E. WALTON,

        Plaintiff,

   v.

CAROLYN W COLVIN,
Acting Commissioner of Social Security,

        Defendant.

Case No. 3:11-cv-01384-AC

ORDER

Lisa R. J. Porter
KP LAW LLC
16200 SW Pacific Highway, Ste H-280
Portland, OR 97224

    Attorney for Plaintiff

Jeffrey R. McClain
SOCIAL SECURITY ADMINISTRATION
SSA Office of General Counsel
701 5th Ave., Ste 2900 M/S 221A
Seattle, WA 98104

Adrian L. Brown
U.S. ATTORNEY'S OFFICE, DISTRICT OF OREGON
1000 S.W. Third Ave., Ste 600

1 - ORDER

Portland, OR 97204

Attorneys for Defendant

HERNANDEZ, District Judge:

Magistrate Judge John V. Acosta issued a Findings and Recommendation (#17) on May 16, 2013, recommending that the final decision of the Social Security Commissioner (the "Commissioner") in connection with Plaintiff's applications for Disability Insurance Benefits ("DIB") under Title II of the Social Security Act (the "Act") be affirmed. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure.

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record de novo. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (de novo review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles de novo, I find no error.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## CONCLUSION

The Court ADOPTS the Magistrate Judge's Findings and Recommendation (#17). Accordingly, the Commissioner's final decision in connection with Plaintiff's application for DIB is AFFIRMED.

IT IS SO ORDERED.

DATED this 10 day of June, 2013.

MARCO A. HERNANDEZ
United States District Judge

3 - ORDER